# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BRENT MCDONALD,** | |
| Plaintiff, | **8:23CV254** |
| vs. | |
| **UNION PACIFIC RAILROAD CO.,** | **ORDER** |
| Defendant. | |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 36) is granted and Charles A. Delbridge is deemed withdrawn as counsel of record for Plaintiff in this case. The Clerk of Court shall terminate electronic notice to Charles A. Delbridge in this case.

Dated this 2nd day of December, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge